UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Claudia M. Peterson & Theodore Peterson III,

                    **Plaintiffs,**

      -against-

Siaka Anthony Cisse et al.,

                    **Defendants.**

------------------------------------------------------------x

1:20-cv-06039 (ALC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/2/2021

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the May 21, 2021 letter motion "seeking to remand the instant matter to [the] Supreme Court of the State of New York, Bronx County" from Defendants Maria J. Cox-Vineyard and Gregory Vineyard. ECF No. 35. To date, Plaintiffs have not responded to or otherwise opposed the letter motion.

Accordingly, Plaintiffs are hereby ORDERED to respond no later than **June 10, 2021**. Should any other Defendant wish to respond to the May 21, 2021 letter, they should do so on or before **June 17, 2021**.

**SO ORDERED.**

Dated: June 2, 2021
New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**