```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __July 29, 2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Claudia M. Peterson & Theodore Peterson III,** | |
| **Plaintiffs,** | |
| -against- | **20-CV-6039-ALC** |
| **Siaka Anthony Cisse, et al.** | **ORDER** |
| **Respondents.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

On July 9, 2021, this Court entered a stipulation and order from the Parties to withdraw the then-pending motion to remand. ECF No. 41. Since then, there has been no activity in this case. All Parties are hereby **ORDERED** to submit a joint status report indicating how they would like to proceed with this case, to include at a minimum (i) the status of any settlement discussions and (ii) whether Plaintiffs intend to prosecute their case against Defendant Siaka Anthony Cisse, no later than **August 5, 2021**.

**SO ORDERED.**

Dated: July 29, 2021
       New York, New York

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**