USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Claudia M. Peterson and Theodore Peterson III,

                                 Plaintiffs,

-against-

Siaka Anthony Cisse et al.,

                                 Defendants.

1:20-cv-06039 (ALC) (SDA)

ORDER SCHEDULING TELEPHONIC <u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday March 2, 2022, at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

       The Court will provide dial-in information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:       New York, New York
                January 26, 2022

_____
STEWART D. AARON
United States Magistrate Judge