```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Claudia M. Peterson and Theodore Peterson III,

                                                                **Plaintiffs,**

-against-

Siaka Anthony Cisse et al.,

                                                                **Defendants.**

1:20-cv-06039 (ALC) (SDA)

ORDER SCHEDULING TELEPHONIC
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    A follow-up settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, March 21, 2022, at 2:00 p.m. A representative of the uninsured motorist's carrier shall appear.

    The conference shall proceed by telephone. The parties shall use the same dial-in information as for today's conference. Plaintiffs' counsel shall forward a copy of this Order, along with the dial-in information and security code, to the carrier representative.

**SO ORDERED.**

Dated:    New York, New York
             March 2, 2022

                                                                   /s/ Stewart D. Aaron
                                                                   _____
                                                                   STEWART D. AARON
                                                                   United States Magistrate Judge