```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/18/2022
```

Elias Ab[ilheira]

Michele [...]
Andrew [...]

■ Of Co[unsel]

& Associates, P.C.

\*   Admi[tted in NY & NJ]
†   Admitted in NJ
††  Admitted in NY

www.anlegal.net

March 18, 2022

> Application GRANTED. The settlement conference scheduled for March 21, 2022 is adjourned *sine die*. The Court is not available on April 4 or 6, 2022. Accordingly, no later than April 4, 2022, if the claims against the Vineyard defendants and defendant Paulino have not been dismissed, the parties shall file a joint letter proposing three alternative dates for a settlement conference. SO ORDERED.
> Dated: March 18, 2022

*Via ECF*

Honorable Stewart D. Aaron, U.S.M.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Claudia M. Peterson, Theodore Peterson, III vs. Siaka Anthony Cisse, Victor M. Paulino, Maria J. Cox-Vineyard, Gregory Vineyard
Case No.: 1:20-CV-06039(ALC)(SDA)
Our File No.: 0157

Dear Judge Aaron:

I represent the plaintiff in the above-captioned matter. I am writing to request that the Conference scheduled for March 21, 2022 be adjourned as the representative of the UM carrier, Mr. Franken, is unavailable on that date. There have been no previous adjournments.

I ask that the Conference be carried for two weeks as at this point we are finalizing the settlement of the UM claim and I expect to be able to circulate a Stipulation dismissing the claims against the Vineyard defendants and Mr. Paulino early next week.

All parties consent and agree to April 4 and 6 as a new date.

Respectfully submitted,

*Elias Abilheira*
ELIAS ABILHEIRA

EA:mb
cc:   Robert J. Spence, III Esq. / Law Offices of Jennifer S. Adams
      James Rellis, Esq. / Maroney O'Connor, LLP