```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___4/4/2022___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
**Claudia M. Peterson & Theodore Peterson III,**

                    **Plaintiffs,**

        -against-

**Siaka Anthony Cisse, et al.,**

                    **Defendants.**

------------------------------------------------------------------ x

**1:20-CV-6039-ALC-SDA**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Plaintiffs shall move for default judgment against Defendant Siaka Anthony Cisse in accordance with the following briefing schedule: Plaintiffs' Opening Brief: **May 2, 2022**; Defendant's Opposition Brief due **May 16, 2022**; and Plaintiffs' Reply Brief due **May 23, 2022**. Plaintiffs shall serve a copy of this Order on Defendant Siaka Anthony Cisse, and file proof of service on ECF, no later than **April 6, 2022**.

**SO ORDERED.**

**Dated:** April 4, 2022
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**